IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL A. MCNEIL                  :

                                            :

   v.                              :   Civil Action No. DKC 11-2495

                                            :

STATE OF MARYLAND, et al.          :

**ORDER**

Plaintiff filed this action on September 7, 2011. Although the Clerk of Court has not yet issued summonses, several Defendants – namely, Diane O. Leasure, Louis A. Becker, III, Patricia Bright, Mary M. Kramer, Christina Bieganski, Susan R. Gnatt, State of Maryland, Lisa S. Mohink, Howard County Circuit Court, and Stephen A. Drazin – have filed waivers of service and moved to dismiss Plaintiff's complaint. Plaintiff subsequently amended his complaint, adding one defendant and rendering the motions to dismiss moot.[1]

---

[1] The defendants argued in these motions that relief was barred by the doctrine of judicial immunity, quasi-judicial immunity, and/or sovereign immunity, and that, as to all non-state actors, Plaintiff had failed to state a claim. While these motions will be denied as moot, Plaintiff is cautioned that the issues raised therein would appear to apply with equal force to his amended complaint. Plaintiff should also be aware that insofar as many of his claims appear to relate to the propriety of state court judgments, the court's subject matter jurisdiction may be implicated by the *Rooker-Feldman* doctrine, which precludes a federal court action "brought by state-court losers complaining of injuries caused by state-court judgments rendered before the district court proceedings commenced." *Exxon Mobil v. Saudi Basi Industries Corp.*, 544 U.S. 280, 281 (2005).

Plaintiff has presented a summons for each defendant to the Clerk for signature and seal. The Clerk of Court will be directed to issue said summonses and forward them to Plaintiff for service, along with the amended complaint, on Defendants Howard County, Maryland, V. Peter Markuski, Jr., Sarah P. McNeil, Vincent Love, and M. Slutsky & Associates, Inc., pursuant to Fed.R.Civ.P. 4. Service of the summonses and the amended complaint may be effected by any person who is not a party and who is at least 18 years of age.

Plaintiff is directed to Fed.R.Civ.P. 4(1). The person effecting service of the summons and the complaint must promptly notify this court, through an affidavit, that he or she has served Defendant. If Plaintiff does not use a private process server, and instead uses registered or certified mail to make service, Plaintiff must file with the court the United States Post Office acknowledgment as proof of service. Registered or certified mail must be sent "restricted delivery". Plaintiff is cautioned that failure to comply with this Order and effect service of process within 120 days of initiating this lawsuit could result in the dismissal of the complaint. As a courtesy, Plaintiff is advised that instructions can be found at the court's website located at www.mdd.uscourts.gov.

Accordingly, IT IS this 27th day of September, 2011, by this court hereby ORDERED that:

1.  Defendants' motions to dismiss (ECF No. 5, 8, 9, and 12) are DENIED as moot;

2.  The Clerk of Court IS DIRECTED to issue summonses to Defendants Howard County, Maryland, V. Peter Markuski, Jr., Sarah P. McNeil, Vincent Love, and M. Slutsky & Associates, Inc. and provide them to Plaintiff so that service may be effectuated on his amended complaint; and

3.  The Clerk of Court shall transmit a copy of this Order to counsel of record and mail a copy of this Order to Plaintiff.

                                                 /s/
                                  DEBORAH K. CHASANOW
                                  United States District Judge