**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**MICHAEL A. McNEIL,** ✦

**Plaintiff** ✦

✦

**v.** ✦ **Civil Case 8:11-cv-02495-DKC**

**STATE OF MARYLAND, *et al*.,** ✦

**Defendants.** ✦

✦ ✦ ✦ ✦ ✦ ✦ ✦ ✦

**CIRCUIT COURT DEFENDANTS'**
**MOTION TO DISMISS**

State of Maryland, Howard County Circuit Court, Howard County Circuit Court Chief Administrative Judge Diane O. Leasure, Howard County Circuit Court Associate Judge Louis A. Becker, III, Howard County Circuit Court Master in Chancery Mary M. Kramer, Howard County Circuit Court Family Law Coordinator Lisa S. Mohink, Howard County Circuit Court Social Worker Patricia Bright, Howard County Circuit Court Supervised Visitation Center Christina J. Bieganski, and Howard County Circuit Court Supervisory Court Reporter Susan R. Gnatt, some of the Defendants (collectively "Circuit Court Defendants"), move to dismiss the Amended Complaint as to them for the following reasons, which are more fully set forth in the accompanying memorandum of

law: (1) the individual Circuit Court Defendants are immune from personal liability for the acts Plaintiff alleges form the basis of his Amended Complaint; (2) Plaintiff's claims against the individual Circuit Court Defendants in their official capacity, as well as against the state and the court, are barred by sovereign immunity; (3) even if Plaintiff's claims were not barred by immunity, Plaintiff fails to state a claim upon which relief can be granted.

**WHEREFORE**, Plaintiff's Amended Complaint should be dismissed, with prejudice, and judgment should be entered in favor of the Circuit Court Defendants as to all claims.

Respectfully submitted,

H. Scott Curtis
Assistant Attorney General
Federal Bar No. 08313
200 St. Paul Place
20th Floor
Baltimore, Maryland 21202
(410) 576-6576
(410) 576-6393 (fax)
hcurtis@oag.state.md.us

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this September 27, 2011, a copy of the foregoing was served by electronic means via the Court's Case Management / Electronic Case Files (CM/ECF) system on the persons entitled to receive such notice, and by mailing via U.S. Mail, postage prepaid to:

Michael A. McNeil
7807 Quill Point Drive
Bowie, Maryland 20720

H. Scott Curtis
Assistant Attorney General