IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL A. McNEIL, | : |
|    Plaintiff | : |
| | : |
| v. | : |
| | : |
| STATE OF MARYLAND, et al., | : |
|    Defendants. | :   Civil Case 8:11-cv-02495-DKC |
| | : |

MEMORANDUM OF LAW

IN SUPPORT OF INDIVIDUAL DEFENDANT: V. PETER MARKUSKI'S

<u>MOTION TO DISMISS</u>

The Defendant, V. Peter Markuski, (hereinafter Markuski) by and through his attorneys, Jeffery W. Bernstein and Goozman, Bernstein, & Markuski, files this Motion to Dismiss Plaintiff's Amended Complaint (hereinafter Complaint). The Defendant, Markuski, moves to dismiss this action as filed against him (he is specifically mentioned within Counts 3, 4, 6, 7, 10, and 21) for the reasons which are more fully set forth in the Memorandum of Law filed contemporaneously herewith.

      WHEREFORE, Plaintiff's complaint should be dismissed, with prejudice, and judgment should be entered in favor of Defendant Markuski as to all claims.

      Respectfully submitted,

_____
Jeffery W. Bernstein (Fed. Bar No. 08458)
9101 Cherry Lane, Suite 207
Laurel, MD 21044
301-953-7480

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of September, 2011, a copy of the foregoing was served by electronic means via the Court's Case Management / Electronic Case Files (CM/ECF) system on the persons entitled to receive such notice, and by mailing via U.S. Mail, postage prepaid to:

Michael A. McNeil
7807 Quill Point Drive
Bowie, Maryland 20720

H. Scott Curtis
Assistant Attorney General
200 St. Paul Place
20th Floor
Baltimore, Maryland 21202

Stephen A. Drazin
10420 Little Patuxent Parkway
Suite 100
Columbia, MD 21044

Vincent Love
10005 Old Columbia Road
Suite L-260
Columbia, MD 21046

Sarah P. McNeil
4721 Middle Court
Ellicott City, MD 21043

                                                                                                 _____
                                                                                                 Jeffery W. Bernstein (Fed. Bar No. 08458)
                                                                                                 9101 Cherry Lane, Suite 207
                                                                                                 Laurel, MD 21044
                                                                                                 301-953-7480