IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL A. MCNEIL           *

    Plaintiff            * Civil Action No: DKC 11 CV 2495

    v.                       *

STATE OF MARYLAND, el al    *

    Defendants           *

### SUMMONS IN A CIVIL ACTION

TO:   CHRISTINA J. BIEGANSKI
Supervised Visitation Center
Manager
Howard County Circuit Court
8360 Court Avenue
Ellicott City, Maryland 21043

    A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff whose name and address is: MICHAEL A. MCNEIL, 7807 Quill Point Drive, Bowie, MD 20720

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF THE COURT

Date: 9/28/2011



Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL A. MCNEIL        *

Plaintiff               * Civil Action No:__DKC 11 CV 2495__

v.                       *

STATE OF MARYLAND, el al  *

Defendants              *

SUMMONS IN A CIVIL ACTION

TO:   DIANE O. LEASURE
      Chief Administrative Judge
      Howard County Circuit Court
      8360 Court Avenue
      Ellicott City, Maryland 21043

   A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff whose name and address is: MICHAEL A. MCNEIL, 7807 Quill Point Drive, Bowie, MD 20720

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

CLERK OF THE COURT

Date:_9/28/2011_



_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL A. MCNEIL            *

    Plaintiff            * Civil Action No: __DKC 11 CV 2495__

v.            *

STATE OF MARYLAND, el al            *

    Defendants            *

## SUMMONS IN A CIVIL ACTION

TO:    HOWARD COUNTY CIRCUIT COURT
8360 Court Avenue
Ellicott City, Maryland 21043

<u>Served on:</u>
Diane O. Leasure
Chief Administrative Judge
Howard County Circuit Court
8360 Court Avenue
Ellicott City, Maryland 21043

    A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff whose name and address is: MICHAEL A. MCNEIL, 7807 Quill Point Drive, Bowie, MD 20720

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF THE COURT

Date: __9/28/2011__



_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL A. MCNEIL                    *

    Plaintiff                    * Civil Action No: DKC 11 CV 2495

v.                                   *

STATE OF MARYLAND, el al             *

    Defendants                   *

SUMMONS IN A CIVIL ACTION

TO:  HOWARD COUNTY MARYLAND
     3430 Courthouse Drive
     Ellicott City, MD 21043

     <u>Served on:</u>
     Ken Ulman
     Howard County Executive
     3430 Courthouse Drive
     Ellicott City, MD 21043

    A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff whose name and address is: MICHAEL A. MCNEIL, 7807 Quill Point Drive, Bowie, MD 20720

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF THE COURT

Date: 9/28/2011



_____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL A. MCNEIL      *

    Plaintiff     * Civil Action No: **DKC 11 CV 2495**

v.     *

STATE OF MARYLAND, el al     *

    Defendants    *

## SUMMONS IN A CIVIL ACTION

TO:   LISA S. MOHINK
       Family Law Coordinator
       Howard County Circuit Court
       8360 Court Avenue
       Ellicott City, Maryland 21043

    A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff whose name and address is: MICHAEL A. MCNEIL, 7807 Quill Point Drive, Bowie, MD 20720

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF THE COURT

Date: 9/28/2011



_____ Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHAEL A. MCNEIL | * | |
| Plaintiff | * | Civil Action No: DKC 11 CV 2495 |
| v. | * | |
| STATE OF MARYLAND, el al | * | |
| Defendants | * | |

### SUMMONS IN A CIVIL ACTION

TO:   LOUIS A BECKER III
       Associate Judge
       Howard County Circuit Court
       8360 Court Avenue
       Ellicott City, Maryland 21043

  A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff whose name and address is: MICHAEL A. MCNEIL, 7807 Quill Point Drive, Bowie, MD 20720

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

CLERK OF THE COURT

Date: 9/28/2011



_____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL A. MCNEIL           *

    Plaintiff              * Civil Action No: DKC 11 CV 2495

    v.                     *

STATE OF MARYLAND, el al    *

    Defendants             *


SUMMONS IN A CIVIL ACTION


TO:    MARY M. KRAMER
    Master in Chancery
    Howard County Circuit Court
    8360 Court Avenue
    Ellicott City, Maryland 21043


    A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff whose name and address is: MICHAEL A. MCNEIL, 7807 Quill Point Drive, Bowie, MD 20720

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.]


    CLERK OF THE COURT

Date: 9/28/2011



_____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL A. MCNEIL            *

   Plaintiff            * Civil Action No: DKC 11 CV 2495

v.                           *

STATE OF MARYLAND, el al     *

   Defendants           *

SUMMONS IN A CIVIL ACTION

TO:   PATRICIA BRIGHT
Court Social Worker
Howard County Circuit Court
8360 Court Avenue
Ellicott City, Maryland 21043

   A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff whose name and address is: MICHAEL A. MCNEIL, 7807 Quill Point Drive, Bowie, MD 20720

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF THE COURT

Date: 9/28/2011



_____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHAEL A. MCNEIL | * | DKC 11 CV 2495 |
| Plaintiff | * Civil Action No:_____ | |
| v. | * | |
| STATE OF MARYLAND, el al | * | |
| Defendants | * | |

SUMMONS IN A CIVIL ACTION

TO:   SARAH P. MCNEIL
      4721 Middle Court
      Ellicott City, MD 21043

　　　A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff whose name and address is: MICHAEL A. MCNEIL, 7807 Quill Point Drive, Bowie, MD 20720

　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

CLERK OF THE COURT

Date: 9/28/2011

_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHAEL A. MCNEIL | * | DKC 11 CV 2495 |
| Plaintiff | * Civil Action No:_____ | |
| v. | * | |
| STATE OF MARYLAND, el al | * | |
| Defendants | * | |

SUMMONS IN A CIVIL ACTION

TO:   STATE OF MARYLAND

<u>Served on:</u>
Douglas F. Gansler
Attorney General of Maryland
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202

    A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff whose name and address is: MICHAEL A. MCNEIL, 7807 Quill Point Drive, Bowie, MD 20720

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

CLERK OF THE COURT

Date: _9/28/2011_____



_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL A. MCNEIL            *

    Plaintiff             * Civil Action No:___DKC 11 CV 2495___

v.                           *

STATE OF MARYLAND, el al     *

    Defendants            *

SUMMONS IN A CIVIL ACTION

TO:   STATE OF MARYLAND

    <u>Served on:</u>
    Nancy M. Kopp
    Maryland State Treasure
    State of Maryland Treasurer's Office
    Goldstein Treasury Building
    80 Calvert Street
    Annapolis, Maryland 21401

    A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff whose name and address is: MICHAEL A. MCNEIL, 7807 Quill Point Drive, Bowie, MD 20720

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

CLERK OF THE COURT

Date: 9/28/2011



_____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL A. MCNEIL                    *
                                                              DKC 11 CV 2495
    Plaintiff                            * Civil Action No:_____

v.                                              *

STATE OF MARYLAND, el al         *

    Defendants                        *


SUMMONS IN A CIVIL ACTION


TO:    STEPHEN A. DRAZIN
          The Drazin Law Center, P.A.
          10420 Little Patuxent Parkway
          Suite 100
          Columbia, MD 21044

    A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff whose name and address is: MICHAEL A. MCNEIL, 7807 Quill Point Drive, Bowie, MD 20720

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


                                                                     CLERK OF THE COURT



Date: 9/28/2011

                                                                          Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL A. MCNEIL                      *

    Plaintiff                           * Civil Action No:___DKC 11 CV 2495

v.                                     *

STATE OF MARYLAND, el al               *

    Defendants                          *

SUMMONS IN A CIVIL ACTION

TO:    SUSAN R. GNATT
        Supervisory Court Reporter
        Howard County Circuit Court
        8360 Court Avenue
        Ellicott City, Maryland 21043

    A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff whose name and address is: MICHAEL A. MCNEIL, 7807 Quill Point Drive, Bowie, MD 20720

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

CLERK OF THE COURT

Date: 9/28/2011



_____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHAEL A. MCNEIL | * | |
| Plaintiff | * | Civil Action No: DKC 11 CV 2495 |
| v. | * | |
| STATE OF MARYLAND, el al | * | |
| Defendants | * | |

SUMMONS IN A CIVIL ACTION

TO:  V. PETER MARKUSKI, JR.
Goozman, Bernstein & Markuski
9101 Cherry Lane
Laurel, MD 20708-1147

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff whose name and address is: MICHAEL A. MCNEIL, 7807 Quill Point Drive, Bowie, MD 20720

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF THE COURT

Date: 9/28/2011



_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL A. MCNEIL | * |
| Plaintiff | * Civil Action No: 8:11-cv-02495-DKC |
| v. | * |
| STATE OF MARYLAND, el al | * |
| Defendants | * |

### SUMMONS IN A CIVIL ACTION

TO:   M. SLUTSKY & ASSOCIATES, INC
6248 Audubon Drive
Columbia, MD 21044-3815

<u>Served on:</u>
Martin Slutsky
Resident Agent of
M. Slutsky & Associates, Inc
6248 Audubon Drive
Columbia, MD  21044-3815

    A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff whose name and address is: MICHAEL A. MCNEIL, 7807 Quill Point Drive, Bowie, MD 20720

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

CLERK OF THE COURT

Date: 9/28/2011



_____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL A. MCNEIL                    *

    Plaintiff                              * Civil Action No:  8:11-cv-02495-DKC

v.                                   *

STATE OF MARYLAND, el al             *

    Defendants                            *

SUMMONS IN A CIVIL ACTION

TO:   VINCENT LOVE
      10005 Old Columbia Road
      Suite L-260
      Columbia, MD 21046

    A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff whose name and address is: MICHAEL A. MCNEIL, 7807 Quill Point Drive, Bowie, MD 20720

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

CLERK OF THE COURT

Date: 9/28/2011



Deputy Clerk