**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**MICHAEL A. MCNEIL** *

**Plaintiff** *

**v.** *

**STATE OF MARYLAND, et al** * **Civil Action No: 8:11-cv-02495-DKC**

**Defendants** *

*

**********************************************************************

**PLAINTIFF'S RESPONSE TO DEFENDANTS' OPPOSITION**

**TO PLAINTIFF'S MOTION FOR LEAVE TO FILE**

**A SECOND AMENDED COMPLAINT**

**COMES NOW**, the Plaintiff and responds to the following defendants' opposition to Plaintiff's Motion For Leave to File a Second Am mended Complaint (ECF 28): The State of Maryland, Howard County Circuit Court, Judge Diane O. Leasure, Judge Louis A. Becker, III, Master in Chancery Mary M. Kramer, Lisa S. Mohink, Patricia Bright, Christina J. Bieganski, and Susan R. Gnatt (collectivity the “Circuit Court Defendants” ).

The Circuit Court Defendants in their opposition speak of fundamental deficiencies state the following in ECF 28, however this court had not made any finding on any of the Plaintiff's previously filed complaints as to any deficiencies:

> Here, dismissal with prejudice is appropriate. Plaintiff’s proposed Second Amended Complaint and a previous amendment did not cure the

fundamental deficiencies of his Complaint.

The Circuit Court Defendants are also relying on their presumption that a social worker, a visitation manager, a court reporter, and a judge acting as a custodian of records have judicial immunity for their non judicial acts (see Brookings v. Clunk, 389 F.3d 614 (6th Cir., 2004) ) and/or that county workers have eleventh amendment state sovereignty immunity against monetary law suits which they do not (see Alkire v. Irving, 330 F.3d 802 (6th Cir., 2003) ). Neither are these county workers immune from this court granting declarative relief in regard to these defendants action made under the "color of law" whereas these defendants conspired with other to deny the Plaintiff's civil rights. And finally, these defendants forget that the Plaintiff is also petitioning this court to examine various state laws to determine if they are unconstitutional.

The Plaintiff also anticipates future amendments to his complaint as undoubtedly discovery will reveal that the Circuit Court Defendant's worked together to create inaccurate transcripts of the Plaintiff's divorce trial. Why else would Defendant Judge Leasure choose to disregard the Maryland Public Information Act and refuse to give the Plaintiff copies of audio recordings for hearings that he was litigant in. After the Plaintiff receives these audio recording either via discovery request or a Federal Subpoena if the defendant choose to ignore his discovery request for these recordings, the odds are that the Plaintiff will be amending his complaint adding the myriad of court reporters who were involved in the translation work of thousands of pages of transcripts.

It should be noted, that if the Plaintiff should prove to this court that Judge Leasure or the Howard County Circuit Court cause transcripts to be created that willfully distort

the hearing record, this would call into question thousands of civil and criminal cases where appellants may have had their civil liberties trampled on by the Howard County Circuit Court, whereas this court may have to call upon the Department of Justice to conduct further inquiry.

**WHEREFORE**, the Plaintiff asks this court grant him leave to amend and file his Second Amended Complaint.

Respectfully submitted,

Michael A. McNeil "Pro Se"
7807 Quill Point Drive
Bowie, MD 20720
mamcneil@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 25th day of October, 2011, I mailed a copy of the foregoing, first class, postage pre-paid to the following:

H. Scott Curtis
Assistant Attorney General
200 St. Paul Place
20th Floor
Baltimore, MD 21202
(Representing the State of Maryland; and all the county employees and county entities named in this complaint.)

STEPHEN A. DRAZIN
The Drazin Law Center, P.A.
10420 Little Patuxent Parkway
Suite 100
Columbia, MD 21044
Pro Se

Jeffrey W Bernstein
Wilson, Goozman, Bernstein, and Markuski Cherry Lane Professional Park
9101 Cherry La Ste 207
Laurel, MD 20708
(Representing V. P. Markuski, Service Not Waive and Not Served Yet)

VINCENT LOVE
MSA-The Adolescent Center
10015 Old Columbia Road
Suite L-260
Columbia, MD 21046
(Service Not Waived and Not Served Yet)

SARAH P. MCNEIL
4721 Middle Court
Ellicott City, MD 21043
(Service Not Waived and Not Served Yet)

M. SLUTSKY & ASSOCIATES, INC
6248 Audubon Drive
Columbia, MD 21044-3815
(Service Not Waived and Not Served Yet)

Louis P. Ruzzi
3450 Court House Drive
Ellicott City, MD 21043
(Representing Howard County Maryland)

Michael A. McNeil "Pro Se"
7807 Quill Point Drive
Bowie, MD 20720