IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL A. MCNEIL          *     Civil Action No. 8:11-cv-024595-DKC
                                            OR
vs.                        *     Criminal No. _____

STATE OF MARYLAND, et al   *

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2011 NOV 16  A 9:39
CLERK'S OFFICE
AT GREENBELT
BY ___ DEPUTY

* * * * * * *

## RETURN OF SERVICE

I served the following documents (check all that apply):

- [x] summons
- [x] complaint and any attachments
- [ ] subpoena
- [ ] other - describe: _____

By (check method of service):

- [x] Personal - place served: SARAH P. MCNEIL 4721 Middle Ct. Ellicott City, MD 21043
- [ ] Certified mail, restricted delivery - attach green card
- [ ] Left copies at subject's dwelling house or usual place of abode with person of suitable age and discretion residing therein
- [ ] Other - describe: _____

On (name of person or entity served): SARAH P. MCNEIL

Date of service: 11-08-2011

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

Signature of process server: *Michael Freeman*

Date: 11-08-2011

Printed name of process server: MICHAEL Freeman

Address of process server: 9 LAKEVIEW Circle
Greenbelt, MD 20770

Phone number of process server: 301-467-1290

Return of Service (Rev. 02/2001)