IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL A. MCNEIL            *

vs.                          *      Civil Action No. 8:11-cv-024595-DKC
                                    OR
STATE OF MARYLAND, et al     *      Criminal No. _____ BC

* * * * * * *

### RETURN OF SERVICE

I served the following documents (check all that apply):

- ☒ summons
- ☒ complaint and any attachments
- ☐ subpoena
- ☐ other - describe: _____

By (check method of service):

- ☒ Personal - place served: Martin Slutsky 10005 Old Columbia Rd L-260 Columbia, MD 21046
- ☐ Certified mail, restricted delivery - attach green card
- ☐ Left copies at subject's dwelling house or usual place of abode with person of suitable age and discretion residing therein
- ☐ Other - describe: _____

On (name of person or entity served): M. SLUTSKY & ASSOCIATES, INC

Date of service: 11-08-2011

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

Signature of process server: *Michael Freeman*

Date: 11-08-2011

Printed name of process server: MICHAEL Freeman

Address of process server: 9 LAKEVIEW Circle
Greenbelt, MD 20770

Phone number of process server: 301-467-1290

Return of Service (Rev. 02/2001)