# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MICHAEL A. MCNEIL** | * |
| **Plaintiff** | * |
| **v.** | * |
| **STATE OF MARYLAND, et al** | *   Civil Action No:  8:11-cv-02495-DKC |
| **Defendants** | * |
| | * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## PLAINTIFF'S MOTION FOR AN EMERGENCY INJUNCTION

**COMES NOW**, the Plaintiff and respectfully requests this Honorable Court to grant him an emergency injunction for the reason stated in the "Plaintiff's Memorandum of Fact and Law in Support of Plaintiff's Motions For An Emergency Injunction" filed simultaneously with this pleading.

**WHEREFORE**, the Plaintiff asks this court to order the following

1. That Howard County and/or Howard County Circuit Court be ordered to immediately release to the Plaintiff copies of all audio recordings, along with any document that the Plaintiff so requested from the Custodian of Records of Howard County Circuit court.

2. That Howard County and/or Howard County Circuit Court release to the Plaintiff

any future request for documents that he makes pursuant to the Maryland Public Information Act and MD Rule 16-406 with in ten (10) working days in accordance with Maryland Law.

3. That any Howard County Circuit Court proceeding concerning McNeil v. McNeil involving contempt for the non payments of any monies are stayed until the conclusion of this case.

4. That any Howard County Circuit Court proceedings concerning McNeil v. McNeil whereas Michael A. McNeil be ordered to pay any more monies are stayed until the conclusion of this case.

5. And finally, the Plaintiff ask that it order any such other relief it can order in accordance with law to bring about justice in this case and to cease the harm that is being done to the Plaintiff.

Respectfully submitted,

Michael A. McNeil "Pro Se"
7807 Quill Point Drive
Bowie, MD 20720
mamcneil@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 21st day of November, 2011 I mailed a copy of the foregoing, first class, postage pre-paid to the following:

H. Scott Curtis
Assistant Attorney General
200 St. Paul Place
20th Floor
Baltimore, MD 21202
(Representing the State of Maryland; and all the county employees and county entities named in this complaint.)

STEPHEN A. DRAZIN
The Drazin Law Center, P.A.
10420 Little Patuxent Parkway
Suite 100
Columbia, MD 21044
Pro Se

Jeffrey W Bernstein
Wilson, Goozman, Bernstein, and Markuski Cherry Lane Professional Park
9101 Cherry La Ste 207
Laurel, MD 20708
(Representing Dendnat V. Peter Markuski)

VINCENT LOVE
MSA-The Adolescent Center
10015 Old Columbia Road
Suite L-260
Columbia, MD 21046

SARAH P. MCNEIL
4721 Middle Court
Ellicott City, MD 21043

M. SLUTSKY & ASSOCIATES, INC
6248 Audubon Drive
Columbia, MD 21044-3815

Louis P. Ruzzi
3450 Court House Drive
Ellicott City, MD 21043
(Representing Howard County Maryland)

_____
Michael A. McNeil "Pro Se"
7807 Quill Point Drive
Bowie, MD 20720

2011-11-20 Plaintiff's Motion For an Emergency Injuction.odt