# Exhibit A




Michael A. McNeil
7801 Quill Point Drive
Bowie, MD 20720
(410) 505-8617

### TRANSMITTED VIA FIRST CLASS CERTIFIED MAIL

### October 27, 2011

MEMORANDUM FOR: The Custodian of Records, Howard County Circuit Court, 8360 Court Avenue, Ellicott City, MD 21043

SUBJECT: Request For Records In Accordance With The Maryland Public Information Act & MD Rule 16-406

1. Maryland State Government Article §10–613[1] gives this requester a right to inspect and receive a copy of a record requested.

2. Maryland State Government Article §10–620[2] again gives the requester a right to inspect and to be able to receive copies.

3. MD Rule 16-406 [3]gives this requester the right to receive a copy of any court record because is a party to the litigation for which the record he is requesting is part of and that the custodian would consider a fee waiver.

---

1 **Maryland State Government Article §10–613 Right of Inspection; Regulations.**

(a) Right of Inspection
 (1) Except as otherwise provided by law, a custodian shall permit a person or governmental unit to inspect any public record at any reasonable time. Inspection or copying of a public record may be denied only to the extent provided under this Part III of this subtitle.

2 **Maryland State Government Article §10–620. Copying.**
(a) In General
 (1) Except as otherwise provided in this subsection, an applicant who is authorized to inspect a public record may have:
  (i) a copy, printout, or photograph of the public record; or
  (ii) if the custodian does not have facilities to reproduce the public record, access to the public record to make the copy, printout, or photograph.

3 **MD Rule 16-406. Access to electronic audio and audio-video recordings of proceedings in the circuit court.**

a. Control -In general.-Electronic audio and audio-video recordings made pursuant to Rules 16-404 and 16-405 are under the control of the court having custody of them. Access to and copying of those recordings are subject to the provisions of this Rule and Rule 16-405 d.

h. Access - In General.-No person other than a duly authorized court official or employee shall have direct access to or possession of an official audio or audio-video recording. Subject to Rule 16-405 d and unless otherwise ordered by the court, any person may view an official audio-video recording at the times and places determined by the court having custody of the recording. Copies of audio recordings and, where practicable, the audio portion of audio-video recordings, may be purchased as provided in this Rule.

c. Right to Obtain Copy of Audio Recording or Audio Portion of Audio-Video Recording.-Subject to Rule 16-405 d and unless otherwise ordered by the court, the authorized custodian of an official audio recording or the audio portion of an audio-video recording shall make a copy of the audio recording or, if practicable, the audio portion of the audio-video recording, or any portion thereof, available to any person upon written request and the payment of reasonable costs, unless payment is waived by the court.

d. Right to copy of audio-video recording; restrictions.
 1. Upon written request and the payment of reasonable costs, the authorized custodian of an official videotape recording shall make a copy of the recording, or any part requested, available to:
  (A) a party to the action or the party's attorney;

  (B) a stenographer, court reporter, or transcription service designated by the court for the purpose of preparing an official transcript from the recording; and

  (C) the Commission on Judicial Disabilities or its designee.

9. **Request Waiver for Fee or Reduced Fee:** Please note, do the extensive litigation, Michael A. McNeil has been made indigent and to this date is well over 100K in unsecured debt and is on the verge of filing chapter 7 bankruptcy. Therefore he is asking for a fee waiver or a reduction of fees, or that the court will lend him records so that he may take them to be copied at costs.

10. **Time the Custodian Need To Act By:** The Custodian of Records has 10 days to respond to this correspondence under Maryland Law previously stated in paragraph 5.

11. Please feel free to contact me at 410-505-8617 or via email at mamacneil@gmail.com concerning this correspondence.

Sincerely,

Michael A. McNeil