# Exhibit B



## THE CIRCUIT COURT FOR HOWARD COUNTY
8360 COURT AVENUE
ELLICOTT CITY, MARYLAND
21043

STATE OF MARYLAND
FIFTH JUDICIAL CIRCUIT

(410) 313-2083

LOUIS A. BECKER
JUDGE

November 14, 2011

Mr. Michael A. McNeil
7801 Quill Point Drive
Bowie, Maryland  20720

         Re: *McNeil v. McNeil*
            <u>Case #: 13-C-08-75254</u>

Dear Mr. McNeil:

  Your Memorandum dated October 27, 2011 to the Custodian of Records, Howard County Circuit Court, has been directed to me as Presiding Judge in your case which is still pending for a response.

  First, I note that your request is not in the form of a pleading and has not been certified as having been served on opposing counsel.  Thus, I am responding by letter.  You make two requests; one, for an audio disk of Court proceedings; second, for information from the Court's Social Worker, Ms. Bright.

  Please note that I have reviewed the State Government Articles, as well as the Maryland Rules of Procedure, Chapter 400 **Attorneys, Officers and Other Persons**, particularly 16-404, 405 & 406 cited in your memorandum.  It has been the long-standing policy of this Court and many other Circuit Courts not to release audio recordings portions of proceedings in pending cases, both before and after establishment of the public access rules referred to in your letter.

Copies of the same have consistently been made available to attorneys and other appropriate persons by means of a written, certified transcription or by allowing those attorneys, parties, or other persons to come into the Circuit Court during normal working hours and to listen to audio portions in the presence of a Court Reporter. It is my understanding that that has been the consistent policy of this Circuit Court and many others again for many years.

While apparently that policy is under study by the Administrative Office of the Courts and certain other committees, this Court is not in a position to change that policy regarding your request for a copy of the audio recording. This policy is consistent with the Court's policy of preventing the video and/or audio recording and/or release to the general public of video or audio taping of **pending** court proceedings due to concerns of improper impact of the same on such proceedings. The Court does not allow the recording or video taping of the same by persons in the courtroom.

Also, it is my understanding that it has only been recently that this Court has had some technical capability of reproducing disks of the audio recordings of court proceedings, and, in fact, there are still technical problems producing disks to be played back on listening devices. That is, it can only be listened to on the same proprietary devices that the Court Reporters' use.

Thus, at the present time if you wish to obtain a copy of court proceedings, you would need to request a written transcript or make arrangements, as do all attorneys or other persons, to come in and listen to the audio recording in conformity of the procedures outlined above.

Should this policy change, the Court would be in a position to reconsider any future request for an audio recording.

As to your request for all records/notes/documents and/or correspondence produced by the Court Social Worker, Patricia Bright, please note that you have been furnished her latest status report that was ordered by this Court.

You are certainly free to come into Court and make copies of any written documents including Exhibits in this case by

making appropriate arrangements with the Clerk of the Court, who is the custodian of those records.

                                Sincerely,

                                Louis A. Becker, Judge

CC: The Honorable Margaret Rappaport,
    Clerk of the Court
    Steven Drazin, Esquire
    Peter Markuski, Esquire
    Ms. Patricia Bright, LCSW