**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**MICHAEL A. McNEIL,** ✦

**Plaintiff** ✦

✦

**v.** ✦ **Civil Case 8:11-cv-02495-DKC**

**STATE OF MARYLAND, *et al*.,** ✦

**Defendants.** ✦

✦ ✦ ✦ ✦ ✦ ✦ ✦ ✦

**CIRCUIT COURT DEFENDANTS'**
**OPPOSITION TO PLAINTIFF'S MOTION FOR AN EMERGENCY INJUNCTION**

State of Maryland, Howard County Circuit Court, Howard County Circuit Court Chief Administrative Judge Diane O. Leasure, Howard County Circuit Court Associate Judge Louis A. Becker, III, Howard County Circuit Court Master in Chancery Mary M. Kramer, Howard County Circuit Court Family Law Coordinator Lisa S. Mohink, Howard County Circuit Court Social Worker Patricia Bright, Howard County Circuit Court Supervised Visitation Center Christina J. Bieganski, and Howard County Circuit Court Supervisory Court Reporter Susan R. Gnatt, some of the Defendants (collectively

"Circuit Court Defendants"), OPPOSE Plaintiff's motion (ECF No. 37) for an emergency injunction.

## I. INTRODUCTION

Plaintiff McNeil filed this action arising out of his contentious divorce case, *McNeil v. McNeil*, Circuit Court for Howard County, Case Number 13C08075254. (ECF No. 14, ¶ 6). Dissatisfied with the course of that State court litigation, Plaintiff here sues the State, the State circuit court, circuit court judges, a master in chancery, a family law coordinator, a court social worker, a court-supervised visitation supervisor, and a circuit court reporter. In his latest filing, Plaintiff requests the following emergency injunctive relief:

> "this court order Howard County Maryland and the Howard County Circuit Court to release all audio recordings and/or documents that the Plaintiff Michael A. McNeil has requested previously to the Plaintiff in accordance with the Maryland Pubic Information Act, the Maryland Rules for Courts, the 14th Amendment; and that this court would order the Howard County Circuit Court to stay all proceedings where the Plaintiff Michael A. McNeil would be endanger of being ordered to jail for not paying alimony and/or any proceedings where Michael A. McNeil would be ordered to pay any more fees to Defendant Stephen Drazin and/or Defendant V. Peter Markuski in *McNeil v. McNeil*."

(ECF No. 37-1, p. 1.)

## II. STANDARD OF REVIEW

A preliminary injunction is an extraordinary and drastic remedy, *see Munaf v. Geren*, 553 U.S. 674, 689-90 (2008), requiring a movant to demonstrate: 1) that he is likely to succeed on the merits; 2) that he is likely to suffer irreparable harm in the absence of preliminary relief; 3) that the balance of equities tips in his favor; and 4) that

an injunction is in the public interest. *See Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7, 129 S. Ct. 365, 374 (2008); *The Real Truth About Obama, Inc. v. Federal Election Commission*, 575 F.3d 342, 346 (4th Cir. 2009), *vacated on other grounds*, 130 S. Ct. 2371 (2010), *reinstated in relevant part on remand*, 607 F.3d 355 (4th Cir. 2010) (per curiam).

Here, Plaintiff does not and cannot show that he likely to succeed on the merits because it is clear that the Circuit Court Defendants are immune from suit under the Eleventh Amendment, the doctrines of judicial and qualified immunity and under the Maryland Tort Claims Act, for the reasons set forth in the Circuit Court Defendants' Motion to Dismiss the Amended Complaint. (ECF No. 18). Indeed, the remedy Plaintiff demands here – interference by this court in ongoing State court proceedings – is strongly disfavored. *See generally*, *Railroad Commission v. Pullman Co.*, 312 U.S. 496 (1941); *Younger v. Harris*, 401 U.S. 37 (1971); and *Colorado River Water Conservation District v. United States*, 424 U.S. 800 (1976). Further, Plaintiff fails to show that he is likely to suffer irreparable harm without emergency injunctive relief: Plaintiff has not been denied access to the recordings; he just does not want to pay for transcripts. (ECF No. 37-3.) Finally, on the record of the filings in this and the related ongoing State court cases, Plaintiff's request here is neither favored by the balance of equities nor demonstrated to be in the public interest.

**WHEREFORE**, Plaintiff's Motion for Emergency Injunction should be **DENIED**.

Respectfully submitted,

H. Scott Curtis
Assistant Attorney General
Federal Bar No. 08313
200 St. Paul Place
20th Floor
Baltimore, Maryland 21202
(410) 576-6576
(410) 576-6393 (fax)
hcurtis@oag.state.md.us

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this November 21, 2011, a copy of the foregoing was served by electronic means via the Court's Case Management / Electronic Case Files (CM/ECF) system on the persons entitled to receive such notice, and by mailing via U.S. Mail, postage prepaid to:

Michael A. McNeil
7807 Quill Point Drive
Bowie, Maryland 20720

H. Scott Curtis
Assistant Attorney General