**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| MICHAEL A. MCNEIL,<br>    *Plaintiff,* | * | |
| | * | |
| v. | * | Civil Case No.: 8:11-cv-02495-DKC |
| STATE OF MARYLAND*, et al.*<br>    *Defendants.* | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF APPEARANCE**

Clerk,

Please enter the appearance of Timothy J. Mummert, Esquire as attorney for Defendant, M. Slutsky & Associates, Inc.

Date: November 29, 2011

Thank you.

/s/_____
Timothy J. Mummert #27554
808 Landmark Drive, Suite 223A
Glen Burnie, MD 21061
(410) 766-1100 telephone
(410) 766-8880 facsimile
Timothy@mummertlaw.com

*Attorney for Defendant*