IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2011 NOV 30  A 10: 50

CLERK'S OFFICE
AT GREENBELT

| | | |
|---|---|---|
| MICHAEL A. MCNEIL | * | |
| Plaintiff | * | |
| v. | * | |
| STATE OF MARYLAND, et al | * | Civil Action No: 8:11-cv-02495-DKC |
| Defendants | * | |
| | * | |

*******************************************************************************

### MOTION FOR CLERK'S ENTRY OF DEFAULT
### AGAINST DEFENDANT SARAH P. MCNEIL

**COMES NOW**, the Plaintiff, Michael A. McNeil, and requests that the Clerk of the Court to enter an Order of Default against Defendant Sarah P. McNeil.

This motion is brought pursuant to Rule 55(a)[1] of the Federal Rules of Civil Procedure. The basis of this Motion is set forth in the attached <u>Declaration of Support For Motion For Clerk's Entry of Default Against Defendant Sarah P. McNeil</u>.

Respectfully submitted,

_____
Michael A. McNeil "Pro Se"
7807 Quill Point Drive
Bowie, MD 20720
410-505-8617
mamcneil@gmail.com

---

1  **FRCP Rule 55(a) Entering a Default.**
When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 30th day of November, 2011 I mailed a copy of the foregoing, first class, postage pre-paid to the following:

H. Scott Curtis
Assistant Attorney General
200 St. Paul Place
20th Floor
Baltimore, MD 21202
(Representing the State of Maryland; and all the county employees and county entities named in this complaint.)

STEPHEN A. DRAZIN
The Drazin Law Center, P.A.
10420 Little Patuxent Parkway
Suite 100
Columbia, MD 21044
Pro Se

Jeffrey W Bernstein
Wilson, Goozman, Bernstein, and Markuski Cherry Lane Professional Park
9101 Cherry La Ste 207
Laurel, MD 20708
(Representing V. Peter Markuski)

Timothy J Mummert PA
808 Landmark Dr Sre 223A
Glen Burnie, MD 21061
(Representing Vincent Love & M. Slutsky & Associates, Inc)

SARAH P. MCNEIL
4721 Middle Court
Ellicott City, MD 21043

Louis P. Ruzzi
3450 Court House Drive
Ellicott City, MD 21043
(Representing Howard County Maryland)

_____
Michael A. McNeil "Pro Se"
7807 Quill Point Drive
Bowie, MD 20720