IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL A. MCNEIL | * |
| Plaintiff | * |
| v. | * |
| STATE OF MARYLAND, et al | *   Civil Action No: 8:11-cv-02495-DKC |
| Defendants | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER OF DEFAULT AGAINST DEFENDANT SARAH P. MCNEIL

It appearing from the records and/or affidavit of the Plaintiff that the Summons and Amended Complaint were properly served upon the defendant Sarah P. McNeil on November 8, 2011; that the time for said defendant to plead or otherwise defend expired on November 29, 2011; and that the said defendant has failed to plead or otherwise defend as directed in the Summons and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the motion of the Plaintiff and pursuant to Rule 55(a) of the Federal Rules of Civil Procedures, it is

**ORDERED** that the default for want of answer or other defense by Defendant Sarah P. McNeil is entered this _____ day of _____, 2011.

_____
Felicia C. Cannon, Clerk of the Court

cc:    H. Scott Curtis
Assistant Attorney General
200 St. Paul Place
20th Floor
Baltimore, MD 21202

Jeffrey W Bernstein
Wilson, Goozman, Bernstein, and Markuski
Cherry Lane Professional Park 9101 Cherry La Ste 207
Laurel, MD 20708

SARAH P. MCNEIL
4721 Middle Court
Ellicott City, MD 21043

STEPHEN A. DRAZIN
The Drazin Law Center, P.A.
10420 Little Patuxent Parkway
Suite 100
Columbia, MD 21044

Timothy J Mummert PA
808 Landmark Dr Sre 223A
Glen Burnie, MD 21061

Louis P. Ruzzi
3450 Court House Drive
Ellicott City, MD 21043