IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |
|---|---|
| MICHAEL A. McNEIL, | \* |
| Plaintiff | \* |
| v. | \* |
| STATE OF MARYLAND, et al., | \* |
| Defendants. | \*   Civil Case 8:11-cv-02495-DKC |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

INDIVIDUAL DEFENDANT: STEPHEN A. DRAZIN'S

<u>MOTION TO DISMISS</u>

The individual *pro se* Defendant: Stephen A. Drazin (hereinafter "Drazin"), moves to dismiss this action as filed against him for the reasons which are move fully set forth in the memorandum of law filed contemporaneously herewith.

WHEREFORE, Plaintiff's Amended Complaint should be dismissed, with prejudice, and judgment should be entered in favor of Defendant Drazin as to all claims.

Respectfully submitted,

/s/

_____

Stephen A. Drazin (Fed Bar No.: 11840)
10420 Little Patuxent Parkway
Suite 100
Columbia, MD 21044
410-730-6536
Stephen.Drazin@DrazinLaw.com

1