IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHAEL A. McNEIL, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 11-CV-02495-DKC |
| STATE OF MARYLAND, *et al.*, | : | |
| Defendants. | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

### **<u>DEFENDANT HOWARD COUNTY, MARYLAND'S
MOTION TO DISMISS COMPLAINT</u>**

Defendant Howard County, Maryland, by its attorneys, Margaret Ann Nolan, County Solicitor, and Louis P. Ruzzi, Senior Assistant County Solicitor, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, move to dismiss the Amended Complaint against the County for failure to state a claim upon which relief can be granted. The grounds for this Motion are more fully set forth in the Memorandum of Law in Support of Defendant Howard County, Maryland's Motion to Dismiss the Complaint, which is incorporated herein by reference.

HOWARD COUNTY OFFICE OF LAW

Margaret Ann Nolan
County Solicitor

/s/
_____
Louis P. Ruzzi           Bar No. 04226
Senior Assistant County Solicitor
Carroll Building
3450 Court House Drive
Ellicott City, Maryland  21043
410.313.2104
410.313.3292 (facsimile)