IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL A. McNEIL,<br>　　Plaintiff | * |
| v. | * |
| STATE OF MARYLAND, et al.,<br>　　Defendants. | *　　Civil Case 8:11-cv-02495-DKC |

INDIVIDUAL DEFENDANT: STEPHEN A. DRAZIN'S RESPONSE TO

"PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF

<u>DEFAULT JUDGMENT AGAINST DEFENDANT STEPHEN A. DRAZIN"</u>

The individual *pro se* Defendant: Stephen A. Drazin (hereinafter "Drazin"), hereby responds to the "Plaintiff's Motion for Clerk's Entry of Default Judgment Against Defendant Stephen A. Drazin" (Doc.No.: 57) and for cause states as follows:

1.)  The "Plaintiff's Motion for Clerk's Entry of Default Judgment Against Defendant Stephen A. Drazin" (Doc.No.: 57) was filed with this Honorable Court on December 07, 2011.

2.)  Prior to the Defendant's aforesaid filing, on December 05, 2011, as Doc.No.: 52, Defendant Drazin properly filed a Motion to Dismiss with a Supporting Memorandum.

3.)  In that Defendant Drazin filed an appropriate responsive Motion to the Plaintiff's Amended Complaint in this matter, the entry of an Order of Default is not warranted.

WHEREFORE, Defendant Drazin respectfully requests that this Honorable Court deny the relief sought within "Plaintiff's Motion for Clerk's Entry of Default Judgment Against

Defendant Stephen A. Drazin" and asks this Court to award him such other and further relief as the nature of his cause may require.

                                                Respectfully submitted,

                                                /s/

                                                _____
                                                Stephen A. Drazin (Fed Bar No.: 11840)
                                                10420 Little Patuxent Parkway
                                                Suite 100
                                                Columbia, MD 21044
                                                410-730-6536
                                                Stephen.Drazin@DrazinLaw.com