FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2011 DEC 16  A 10: 04

CLERK'S OFFICE
AT GREENBELT

DEPUTY

# IN THE  UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHAEL A. MCNEIL | * | |
| Plaintiff | * | |
| v. | * | |
| STATE OF MARYLAND, et al | * | Civil Action No:  8:11-cv-02495-DKC |
| Defendants | * | |
| | * | |

**********************************************************************************

### PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

**COMES NOW**, the Plaintiff and opposes Defendants' Motions to Dismiss (ECF
No. 46) submitted to this court by Vincent Love and M. Slutsky & Associates, Inc;
Defendant's Motion to Dismiss (ECF No. 52) submitted to this court by Steven A.
Drazin;  and Defendant's Motion to Dismiss (ECF No. 53) submitted by Howard County
Maryland.

The Plaintiff has attached a Memorandum of Law which address the issues
brought up by the defendants motions and ask this court to give it proper consideration.

**WHEREFORE**, the Plaintiff asks that the all three of the defendants motions be denied. (ECF No. 46, ECF No. 52, and 53 )

Respectfully submitted,

Michael A. McNeil "Pro Se"
7807 Quill Point Drive
Bowie, MD 20720
mamcneil@gmail.com

2011-12-16 Plaintiff's Opposition to Defendnants' Motion To Dismiss.odt

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 16th day of December, 2011, I mailed a copy of the foregoing, first class, postage pre-paid to the following:

H. Scott Curtis
Assistant Attorney General
200 St. Paul Place
20th Floor
Baltimore, MD 21202
(Representing the State of Maryland; and
all the county employees and county
entities named in this complaint.)

STEPHEN A. DRAZIN
The Drazin Law Center, P.A.
10420 Little Patuxent Parkway
Suite 100
Columbia, MD 21044

Jeffrey W Bernstein
Wilson, Goozman, Bernstein, and
Markuski Cherry Lane Professional Park
9101 Cherry La Ste 207
Laurel, MD 20708
(Representing  V. Peter Markuski)

Timothy J Mummert PA
808 Landmark Dr Sre 223A
Glen Burnie, MD 21061
(Representing Vincent Love and  M.
Slutsky & Associates, Inc)

SARAH P. MCNEIL
4721 Middle Court
Ellicott City, MD 21043

Louis P. Ruzzi
3450 Court House Drive
Ellicott City, MD 21043
(Representing Howard County Maryland)

Michael A. McNeil "Pro Se"
7807 Quill Point Drive
Bowie, MD 20720
 (410) 505-8617
mamcneil@gmail.com