IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL A. McNEIL, | |
| Plaintiff | |
| v. | |
| STATE OF MARYLAND, et al., | |
| Defendants. | Civil Case 8:11-cv-02495-DKC |

## SARAH MCNEIL'S MOTION TO DISMISS THE AMENDED COMPLAINT

The individual *pro se* Defendant, Sarah McNeil moves to dismiss this action as filed against her (she is referenced within Count 1 through Count 20) for the reasons which are more fully set forth in the Memorandum of Law filed contemporaneously herewith states:

1. Defendant is adopts the arguments set forth in Defendant Markuski and Drazin's Motions to Dismiss.
2. The Amended Complaint fails to state a cause of action against this Defendant.

WHEREFORE, Plaintiff's Amended Complaint should be dismissed, with prejudice, and judgment should be entered in favor of Defendant Sarah McNeil as to all claims.

Respectfully submitted,

*Sarah P McNeil*
Sarah P. McNeil
4721 Middle Court
Ellicott City, MD 21043
410-884-6714

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___19th___ day of December, 2011, a copy of the foregoing Sarah McNeil's Motion to Dismiss the Amended Complaint was served by first class mail, via U.S. Mail, postage prepaid to:

Michael A. McNeil
7807 Quill Point Drive
Bowie, Maryland 20720

H. Scott Curtis
Assistant Attorney General
200 St. Paul Place
20th Floor
Baltimore, Maryland 21202

V. Peter Markuski, Jr.
9101 Cherry Lane
Laurel, MD 20708-1147

Vincent Love
10005 Old Columbia Road
Suite L-260
Columbia, MD 21046

Stephen A. Drazin
10420 Little Patuxent Parkway
Suite 100
Columbia, MD 21044

Sarah P. McNeil
4721 Middle Court
Ellicott City, MD 21043