IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

* * * * * * * * * * * * * * * * * * * * * * *

MICHAEL A. McNEIL,

Plaintiff

v.

STATE OF MARYLAND, et al.,

Defendants.            Civil Case 8:11-cv-02495-DKC

* * * * * * * * * * * * * * * * * * * * * * *

## SARAH MCNEIL'S RESPONSE IN OPPOSITION TO THE MOTION FOR ENTRY OF DEFAULT AND OPPOSITION TO MOTION FOR ENTRY OF DEFAULT JUDGMENT

The individual *pro se* Defendant, Sarah McNeil Responds in Opposition to the Motion for Entry of Default and Opposition to the Motion for Entry of Default Judgment filed against her and states:

1. Defendant opposes the default judgment.
2. Defendant did not willfully refuse to respond.
3. Plaintiff is not prejudiced.
4. Defendant has a meritorious defense.

WHEREFORE, Plaintiff's Amended Complaint should be dismissed, with prejudice, and judgment should be entered in favor of Defendant Sarah McNeil as to all claims.

Respectfully submitted,

1

*Sarah P. McNeil* (signature)
Sarah P. McNeil
4721 Middle Court
Ellicott City, MD 21043
*410-884-6714*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __19th__ day of December, 2011, a copy of the foregoing Opposition to the Motion for Entry of Default and Opposition to the Motion for Entry of Default Judgment was served by first class mail, via U.S. Mail, postage prepaid to:

Michael A. McNeil
7807 Quill Point Drive
Bowie, Maryland 20720

H. Scott Curtis
Assistant Attorney General
200 St. Paul Place
20th Floor
Baltimore, Maryland 21202

V. Peter Markuski, Jr.
9101 Cherry Lane
Laurel, MD 20708-1147

Vincent Love
10005 Old Columbia Road
Suite L-260
Columbia, MD 21046

Stephen A. Drazin
10420 Little Patuxent Parkway
Suite 100
Columbia, MD 21044

*Sarah P. McNeil* (signature)
Sarah P. McNeil
4721 Middle Court
Ellicott City, MD 21043