# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHAEL A. MCNEIL,<br>*Plaintiff,* | * | |
| | * | |
| v. | * | Civil Case No.: 8:11-cv-02495-DKC |
| STATE OF MARYLAND, *et al.*<br>*Defendants.* | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## LINE WITHDRAWING REPLY AND MEMORANDUM

I, Timothy J. Mummert, Attorney for Debtors, of the above captioned matter, files this Line Withdrawing the Reply to Response to Motion to Dismiss (Document No. 63) and Memorandum in Support of Reply to Response to Motion to Dismiss (Document No. 64) filed on January 6, 2012 in the above referenced matter.

Dated: January 6, 2012

/s/_____
Timothy J. Mummert #27554
808 Landmark Drive, Suite 223A
Glen Burnie, MD 21061
(410) 766-1100 telephone
(410) 766-8880 facsimile
Timothy@mummertlaw.com

*Attorney for MSA Defendants*