IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHAEL A. MCNEIL,<br>    *Plaintiff,* | * | |
| | * | |
| v. | * | Civil Case No.: 8:11-cv-02495-DKC |
| STATE OF MARYLAND*, et al.*<br>    *Defendants.* | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MSA DEFENDANT'S REPLY TO THE**
**OPPOSITION OFMSA'S MOTION TO DISMISS**

Now comes M. Slutsky & Associates, Inc. and Vincent Love, Defendants, and hereinafter referred MSA Defendants, by their attorney, Timothy J. Mummert, and hereby moves this Honorable Court to dismiss the above captioned matter related to MSA Defendant for the reasons stated in the memorandum more fully, specifically, that Plaintiff fails to state a claim upon which relief can be granted and further that and the claims are barred by the doctrines of res *judicata* and collateral estoppel related to the MSA Defendants.

WHEREFORE, Plaintiff's Amended Complaint should be dismissed with prejudice and judgment should be entered in favor of the MSA Defendants.

/s/_____
Timothy J. Mummert #27554
808 Landmark Drive, Suite 223A
Glen Burnie, MD 21061
(410) 766-1100 telephone
(410) 766-8880 facsimile
Timothy@mummertlaw.com

*Attorney for MSA Defendants*