IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHAEL A. MCNEIL | * | |
| Plaintiff | * | |
| v. | * | |
| STATE OF MARYLAND, et al | * | Civil Action No: 8:11-cv-02495-DKC |
| Defendants | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFF'S OPPOSITION TO DEFENDAN SARAH MCNEIL'S MOTION TO DISMISS THE AMENDED COMPLAINT

**COMES NOW,** the Plaintiff and opposes Defendant Sarah McNeil's Motion to Dismiss The Amended Complaint (ECF No. 61) submitted to this court by Sarah McNeil.

The Plaintiff has attached a Memorandum of Law which address the issues brought up by the defendants motions and ask this court to give it proper consideration.

**WHEREFORE,** the Plaintiff asks that the all three of the defendants motion be denied. (ECF No. 61)

1

Respectfully submitted,

*[signature]*

Michael A. McNeil "Pro Se"
7807 Quill Point Drive
Bowie, MD 20720
410-505-8617
mamcneil@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 5th day of January, 2012, I mailed a copy of the foregoing, first class, postage pre-paid to the following:

H. Scott Curtis
Assistant Attorney General
200 St. Paul Place
20th Floor
Baltimore, MD 21202
(Representing the State of Maryland; and all the county employees and county entities named in this complaint.)

STEPHEN A. DRAZIN
The Drazin Law Center, P.A.
10420 Little Patuxent Parkway
Suite 100
Columbia, MD 21044

Jeffrey W Bernstein
Wilson, Goozman, Bernstein, and Markuski Cherry Lane Professional Park
9101 Cherry La Ste 207
Laurel, MD 20708
(Representing V. Peter Markuski)

Timothy J Mummert PA
808 Landmark Dr Sre 223A
Glen Burnie, MD 21061
(Representing Vincent Love and M. Slutsky & Associates, Inc)

SARAH P. MCNEIL
4721 Middle Court
Ellicott City, MD 21043

Louis P. Ruzzi
3450 Court House Drive
Ellicott City, MD 21043
(Representing Howard County Maryland)

_____
Michael A. McNeil "Pro Se"
7807 Quill Point Drive
Bowie, MD 20720
(410) 505-8617
mamcneil@gmail.com