IN THE  UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 JAN 23  A 9: 54

MICHAEL A. MCNEIL                                      * CLERK'S OFFICE
                                                         AT GREENBELT
         Plaintiff                                     *
                                                              DEPUTY
         v.                                            *

STATE OF MARYLAND, et al                     *   Civil Action No:  8:11-cv-02495-DKC

         Defendants                                    *

                                                       *

*************************************************************

**PLAINTIFF'S RESPONSE TO MSA DEFENDANT'S REPLY
TO OPPOSITION OF MSA'S MOTION TO DISMISS**

**COMES NOW**, the Plaintiff, Michael A. McNeil, and responds to MSA

Defendant's Reply to Opposition of MSA's Motion To Dismiss (ECF No. 66).

In this latest pleading  Vincent Love and M. Slutsky & Associates Inc are trying to

convince this court that all the matters the Plaintiff is bringing before this court

concerning conspiracy committed by all the various defendants named in his complaint

have been or could have been fully tried and adjudicated during a divorce trial of which

one of he named Defendants was the trial judge.  Additionally, Vincent Love and M.

Slutsky & Associates Inc are claiming that the Plaintiff could have named them as a

defendant in a Howard County Family Court matter.  (It should be noted that the Howard

County Family Court matter is currently before the Maryland Court of Appeals and that

there are follow on matters before the Maryland Court of Special appeals.  However,

none of them matters are dealing with conspiracy committed by court officials since those

matters have never been tried.)

Therefore with this in mind, Vincent Love and M. Slutsky & Associates Inc are now claiming that all the Plaintiff's claims are now barred by the doctrines of res judicata and collateral estoppel related to the MSA Defendants.

Clearly, Vincent Love and M. Slutsky & Associates Inc claims that the Plaintiff's claims against them are barred by the doctrines of res judicata and collateral estoppel was submitted to this court in "bad faith". For both Vincent Love and M. Slutsky & Associates Inc know that they were not named as litigants in the divorce actions nor could it have been even possible that they could have been named as defendants. Therefore, their pleading was completely frivolous and made in "bad faith", of which the Plaintiff contacting their attorney and asked him to withdraw his pleading so that he would not have to make this response. Unfortunately, their attorney refused to withdraw his latest pleading.

**WHEREFORE**, the Plaintiff asks this court to deny the defendant's motions to dismiss and impose upon Vincent Love and M. Slutsky & Associates Inc sanctions for making a frivolous filing that was clearly made in "bad faith".

Respectfully Submitted.

Michael A. McNeil "Pro Se"
7807 Quill Point Drive
Bowie, MD 20720
410-505-8617
mamcneil@gmail.com

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23[h] day of January, 2012 I mailed a copy of the foregoing, first class, postage pre-paid to the following:

H. Scott Curtis
Assistant Attorney General
200 St. Paul Place
20th Floor
Baltimore, MD 21202
(Representing the State of Maryland; and all the county employees and county entities named in this complaint.)

STEPHEN A. DRAZIN
The Drazin Law Center, P.A.
10420 Little Patuxent Parkway
Suite 100
Columbia, MD 21044

Jeffrey W Bernstein
Wilson, Goozman, Bernstein, and Markuski Cherry Lane Professional Park
9101 Cherry La Ste 207
Laurel, MD 20708
(Representing  V. Peter Markuski)

Timothy J Mummert PA
808 Landmark Dr Sre 223A
Glen Burnie, MD 21061
(Representing Vincent Love & M. Slutsky & Associates, Inc)

SARAH P. MCNEIL
4721 Middle Court
Ellicott City, MD 21043

Louis P. Ruzzi
3450 Court House Drive
Ellicott City, MD 21043
(Representing Howard County Maryland)

Michael A. McNeil "Pro Se"
7807 Quill Point Drive
Bowie, MD 20720
410-505-8617
mamcneil@gmail.com

3