

Michael A. McNeil
7014 Gentle Shade Road
Apartment 402
Columbia, MD 21046

2077012499

Clerk of the Court
District Court of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770



BALTIMORE MD 212

09 MAR 2012 PM 5 L

USA FIRST-CLASS FOREVER