IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHAEL A. MCNEIL | * | |
| Plaintiff | * | |
| v. | * | |
| STATE OF MARYLAND, et al | * | Civil Action No: 8:11-cv-02495-DKC |
| Defendants | * | |

*************************************************************************

**MOTION FOR LEGAL FEES CAUSED BY
DEFENDANT SARAH MCNEIL'S REFUSAL TO WAIVE SERVICE**

**COMES NOW**, the Plaintiff, Michael A. McNeil, and moves that this court assess legal fees upon defendant Sarah P. McNeil in the amount of $80 in accordance with this court's rules[1].

Attached and submitted to this motion is a Memorandum of Fact And Law in support that the Plaintiff asks this court to consider.

Respectfully submitted,

Michael A. McNeil "Pro Se"
7014 Gentle Shade Road
Apartment 402
Columbia, MD 21046
410-505-8617
mamcneil@gmail.com

---

1   Rule 4 (d) (2) of the Federal Rules of Civil Procedures states:
   If a defendant located within the United States fails, without good cause, to sign and return a waiver requested by a plaintiff located within the United States, the court must impose on the defendant:
   (A) the expenses later incurred in making service; and
   (B) the reasonable expenses, including attorney's fees, of any motion required to collect those service expenses.

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th day of March, 2012 I mailed a copy of the foregoing, first class, postage pre-paid to the following:

H. Scott Curtis
Assistant Attorney General
200 St. Paul Place
20th Floor
Baltimore, MD 21202
(Representing the State of Maryland; and all the county employees and county entities named in this complaint.)

STEPHEN A. DRAZIN
The Drazin Law Center, P.A.
10420 Little Patuxent Parkway
Suite 100
Columbia, MD 21044
Pro Se

Jeffrey W Bernstein
Wilson, Goozman, Bernstein, and Markuski Cherry Lane Professional Park
9101 Cherry La Ste 207
Laurel, MD 20708
(Representing  V. Peter Markuski)

Timothy J Mummert PA
808 Landmark Dr Sre 223A
Glen Burnie, MD 21061
(Representing Vincent Love & M. Slutsky & Associates, Inc)

SARAH P. MCNEIL
4721 Middle Court
Ellicott City, MD 21043

Louis P. Ruzzi
3450 Court House Drive
Ellicott City, MD 21043
(Representing Howard County Maryland)

_____
Michael A. McNeil "Pro Se"
7014 Gentle Shade Road
Apartment 402
Columbia, MD 21046
410-505-8617
mamcneil@gmail.com