Metro Process & Litigation Services
9 Lakeview Circle
Greenbelt, Maryland 20770

# RECIEPT

Monday, March 12, 2012



PAID: $ 60.00 CASH

Received By: Michael Freeman

**Maryland Process Server**
www.marylandprocess.com
301-467-1290

This receipt is for service of process in the matter of:

Michael A McNeil

vs

State of Maryland, et al.

### SERVICE ON: Sarah P. McNeil

COURT: Circuit Court for Howard County

CASE NUMBER: 8:11cv-024595-DKC  SUMMONS

**Metro Process Hours of Operation**
Monday - Friday: 8:30am to 5:30pm
301-467-1290