IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHAEL A. MCNEIL, *Plaintiff,* | * | |
| | * | |
| v. | * | Civil Case No.: 8:11-cv-02495-DKC |
| STATE OF MARYLAND, *et al.* *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF AUTOMATIC STAY UNDER THE BANKRUPTCY CODE

To the Clerk and Judges of this Honorable Court:

Notice is hereby given that an Automatic Stay under the U.S. Bankruptcy Code is now in effect in this case and that all proceedings are to be stopped immediately unless one of the conditions below occur. The Defendant hereby avers:

1) That on May 10, 2012 the Plaintiff, Michael Allan McNeil, filed a Voluntary Petition for relief under Chapter 13 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland, Baltimore, and said case has been docketed as Case No. 12-18903. The bankruptcy case has not been dismissed or closed.

2) That the Defendant in this case has been named an interested person in said bankruptcy proceeding.

4) That the Defendant this date has sent the Plaintiff a copy of this Notice of Automatic Stay.

WHEREFORE, the Defendant is entitled to the following relief:

a) All proceedings in this are to be stopped in accordance with the automatic stay provisions of 11 U.S.C. Section 362, until there is a discharge of the Defendant's indebtedness by the United States Bankruptcy Court, or upon an Order by that Court to lift stay, or to dismiss said bankruptcy petition.

Timothy J. Mummert, Esq.
808 Landmark Drive, Suite. 223A
Glen Burnie, MD 21061
(410) 766-1100 telephone
(410) 766-8880 facsimile
Timothy@mummertlaw.com

*Attorney for Defendant*