```
         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MARYLAND
                                   :
MICHAEL A. MCNEIL
                                   :
    v.                             :   Civil Action No. DKC 11-2495
                                   :
STATE OF MARYLAND, et al.
                                   :
```

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 22nd day of August, 2012, by the United States District Court for the District of Maryland, ORDERED that:

1. The motions to dismiss filed by Defendants State of Maryland, the Circuit Court for Howard County, Diane O. Leasure, Louis A. Becker, III, Mary M. Kramer, Lisa S. Mohink, Patricia Bright, Christina Bieganski, and Susan R. Gnatt (ECF No. 18); V. Peter Markuski, Jr. (ECF No. 19); Vincent Love and M. Slutsky & Associates, Inc. (ECF No. 46); Stephen A. Drazin (ECF No. 52); Howard County, Maryland (ECF No. 53); and Sarah P. McNeil (ECF No. 61) BE, and the same hereby ARE, GRANTED;

2. The amended complaint filed by Plaintiff Michael A. McNeil (ECF No. 14) BE, and the same hereby IS, DISMISSED;

3. Plaintiff's motion for leave to file an amended complaint (ECF No. 27) BE, and the same hereby IS, DENIED;

4. Plaintiff's motions for a court case management/electronic case filing system account (ECF No. 11), for clerk's entries of default and for default judgment (ECF Nos. 49, 50, 57, 58), and for legal fees (ECF No. 72) BE, and the same hereby ARE, DENIED AS MOOT; and

5. The clerk is directed to transmit copies of the foregoing Memorandum Opinion and this Order to counsel for all represented parties and directly to Plaintiff and Ms. McNeil and CLOSE this case.

_____/s/_____
DEBORAH K. CHASANOW
United States District Judge