IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 SEP 12 P 12: 07

CLERK'S OFFICE
AT GREENBELT

BY _____ DEPUTY

| | | |
|---|---|---|
| **MICHAEL A. MCNEIL** | * | |
| Plaintiff | * | |
| v. | * | |
| **STATE OF MARYLAND, et al** | * | Civil Action No:  8:11-cv-02495-DKC |
| **Defendants** | * | |
| | * | |

*************************************************************************

## NOTICE OF APPEAL

Notice is hereby given that Michael A. McNeil, the Plaintiff, in the above-named case, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment (ECF 76), entered in this action on the 22nd day of August 2012.

_____
Michael A. McNeil "Pro Se"
7014 Gentle Shade Road
Apartment 402
Columbia, MD 20146
mamcneil@gmail.com